IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREGORY WIEDEMAN,<br><br>      **Plaintiff,**<br><br>v.<br><br>CANAL INSURANCE COMPANY, H&F TRANSFER, INC., AUTO-OWNERS INSURANCE COMPANY, WALTER PATRICK DORN, IV, WESCO INSURANCE COMPANY, and SALEM LEASING CORPORATION, d/b/a Salem Nationalease,<br><br>      **Defendants.** | 1:15-cv-4182-WSD |

## OPINION AND ORDER

This matter is before the Court on Plaintiff Gregory Wiedeman's ("Plaintiff") Motion for Sanctions against Defendants H&F Transfer, Inc. and Salem Leasing Corporation [126] ("Motion").

On August 11, 2016, Plaintiff filed his Motion. The Motion is forty-four (44) pages long, excluding the Local Rule 7.1(D) certification and the Certificate of Service. The Local Rules of this Court provide that, "[a]bsent prior permission of the court, briefs filed in support of a motion . . . are limited in length to twenty-five (25) pages." L.R. 7.1(D), NDGa. Prior to filing his Motion, Plaintiff

did not seek the Court's permission to file excess pages.

The Local Rules further provide that "[t]he court, in its discretion, may decline to consider any motion or brief that fails to conform to the requirements of these rules." L.R. 7.1(F), NDGa.  In view of the fact that Plaintiff's Motion is nearly twice the length permitted by the Local Rules, and that Plaintiff failed to seek the Court's permission to file excess pages, the Court declines to consider Plaintiff's Motion.

For the foregoing reasons,

**IT IS HEREBY ORDERED** that Plaintiff Gregory Wiedeman's Motion for Sanctions against Defendants H&F Transfer, Inc. and Salem Leasing Corporation [126] is **DENIED WITHOUT PREJUDICE**.


**SO ORDERED** this 11th day of August, 2016.


_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE